IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CALVIN LAMONT WEST,<br>Register No. 1036522,<br><br>    Plaintiff,<br><br>v.<br><br>RODNEY LENTZ, et al.,<br><br>    Defendants. | No. 09-4040-CV-C-NKL |

## ORDER

On May 20, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against Tipton Correctional Center, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 20, 2009, is adopted. [12] It is further

ORDERED that plaintiff's claims against Tipton Correctional Center are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 7-31-09
Jefferson City, Missouri